UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THEOPOLIS WILLIAMS,

    Plaintiff,

v.

RICK HARRINGTON, GAIL WALLS, KIMBERLY BUTLER, DR. SHEARING, AMY LANG, LT. CARTWRIGHT, LORI OAKLEY, SUE HILL, MR. TROUST and UNKNOWN PARTY,

    Defendants.

Case No. 14-cv-660-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Theopolis Williams' motion for reconsideration (Doc. 60) of the Court of Appeals order dismissing his appeal for failure to pay the required docketing fee. This motion should have been filed with the Court of Appeals, not the District Court, which had no authority to reconsider a decision of the Court of Appeals. As a courtesy, the Court **DIRECTS** the Clerk of Court to transfer this motion (Doc. 60) to the Court of Appeals for consideration in connection with Appeal No. 15-2100. The Court further **WARNS** Williams that it is his responsibility to make his filings in the proper court and that the Court may, in the future, strike filings in this Court that should have been made in the Court of Appeals.

The Court also considers Williams' motion for leave to proceed *in forma pauperis* (Doc. 61). The Court **DENIES** the motion **without prejudice** in light of the fact that the Court of Appeals has dismissed Williams' appeal. Should the Court reinstate Williams' appeal, he may reapply to this Court for leave to proceed on appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals in connection with Appeal No. 15-2100.

**IT IS SO ORDERED.**
**DATED:  July 21, 2015**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**